# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

November 7, 2012

145217-8

DAVID BAKER, a Legally Incapacitated Person,
by BETH BAKER, his Guardian,
       Plaintiff/Counter-
       Defendant/Appellant,

v

                            SC: 145217
                            COA: 295812
                            Saginaw CC: 06-059173-NO

AUTOMOBILE CLUB OF MICHIGAN, d/b/a
AAA MICHIGAN,
       Defendant/Counter-Plaintiff/
       Third-Party Plaintiff/Appellee,
and

AUTO OWNERS INSURANCE COMPANY
and HOMEOWNERS INSURANCE
COMPANY,
       Third-Party Defendants.

_____/

DAVID BAKER, a Legally Incapacitated Person,
by BETH BAKER, his Guardian,
       Plaintiff/Counter-
       Defendant/Appellant,

v

                            SC: 145218
                            COA: 296340
                            Saginaw CC: 06-059173-NO

AUTOMOBILE CLUB OF MICHIGAN, d/b/a
AAA MICHIGAN,
       Defendant/Counter-Plaintiff/
       Third-Party Plaintiff/Appellee,
and

AUTO OWNERS INSURANCE COMPANY
and HOMEOWNERS INSURANCE
COMPANY,
       Third-Party Defendants.

_____/

On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012 _____ _____
Clerk

t1031